1
2
3
4
5
6
7
8
9
10

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS R. CASILLAS; JOSE F. CASILLAS, | Case No. 8:09-cv-01299-JVS-RNB |
| Plaintiffs, | ORDER OF DISMISSAL OF DEFENDANT ONEWEST BANK, FSB WITH PREJUDICE |
| v. | Judge:  Hon. James V. Selna |
| GREENPOINT MORTGAGE FUNDING, INC.; INDY MAC MORTGAGE SERVICE; ONE WEST BANK; and DOES 1 through 50, inclusive, | |
| Defendants. | |

### [PROPOSED] ORDER OF DISMISSAL

On December 14, 2009, the Court granted the Motion to Dismiss ("Motion") of Defendant ONEWEST BANK, FSB, also erroneously sued as IndyMac Mortgage Service ("OneWest").  The Court dismissed the Fourth and Eighth Causes of Action with prejudice and ordered that Plaintiffs Luis R. Casillas and Jose F. Casillas ("Plaintiffs") must file an amended complaint as to the remaining causes of action within 20 days.  Per the Court's Order, Plaintiffs' last day to file an amended complaint was on January 4, 2010.

Plaintiffs failed to file an amended complaint within the time permitted by the Court.  To date, Plaintiffs have not filed an amended complaint.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

848804.01/LA

[PROPOSED] ORDER OF DISMISSAL OF
DEFENDANT ONEWEST BANK, FSB WITH
PREJUDICE

1          Finding that good cause appears for this order, **IT IS HEREBY ORDERED**

2    **THAT:**

3          Defendant OneWest Bank, FSB, also erroneously sued as IndyMac Mortgage

4    Service, is hereby dismissed from the action with prejudice.

5

6

7    Dated:  January 12, 2010          _____

8                                      Hon. James V. Selna
                                       United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

848804.01/LA

-2-

[PROPOSED] ORDER OF DISMISSAL OF
DEFENDANT ONEWEST BANK, FSB WITH
PREJUDICE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                          )  ss.:
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

      On January 11, 2010, I served on interested parties in said action the within:

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT ONEWEST BANK, FSB WITH PREJUDICE

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

      Jeffrey J. Dicks, Esq.
      Law Offices of Jeffrey J. Dicks
      806 Avenida Pico, Suite 1309
      San Clemente, CA 92672

      I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on January 11, 2010, at Los Angeles, California.


| Luci V. Benavidez | /s/ Luci Benavidez |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

848804.01/LA

[PROPOSED] ORDER OF DISMISSAL OF
DEFENDANT ONEWEST BANK, FSB WITH
PREJUDICE